IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.         CASE NO. 4:11cr00208-29 JMM

TREMAINE SIMON, USM #26565-009
a/k/a Kocaine Krazy
a/k/a SS Boy

## AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, page one of the judgment (DE #618) is amended to reflect the correct Offense Ended date as October 31, 2011.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 22nd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE