U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
OCT 19 2012

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Williams
DEPUTY CLERK

PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Ernie Smith | ) | Case No. 4:11CR000209-31 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ernie Smith, have discussed with Michelle R. Sims, Pretrial Services/Probation Officer, modification of my release as follows:

It is respectfully recommended the defendant's bond conditions of home detention with electronic monitoring and maintain or actively seek employment be removed. Mr. Smith has remained compliant throughout his supervision period. He has not received a positive drug test since November 23, 2011, and has attended all drug counseling sessions. In addition, the defendant is currently receiving Social Security Disability. As such, these bond conditions are no longer relevant to Mr. Smith's supervision.

I consent to this modification of my release conditions and agree to abide by this modification.

x Ernie Smith      10/11/12      Michelle R. Sims      10/11/12
Signature of Defendant   Date   Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____      10/17/12
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 10/19/2012

[ ] The above modification of conditions of release is not ordered.

_____  October 19, 2012
Signature of Judicial Officer    Date