U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
OCT 29 2012
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Williams
DEPUTY CLERK

PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Arkansas

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| **Joseph Blundell** | ) Case No. 4:11CR000209-05 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joseph Blundell, have discussed with Michelle R. Sims, Pretrial Services/Probation Officer, modification of my release as follows:

It is respectfully recommended the defendant's pretrial bond conditions requiring home detention with no electronic monitoring be removed. The defendant has remained compliant throughout his supervision period. He has not received a positive drug test during his term of supervision and has attended all drug counseling sessions. As such, this bond condition is no longer relevant to Mr. Blundell's supervision.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10-11-12    _____ 10·11·12
Signature of Defendant        Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 10/16/2012
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on 10/29/2012

[ ] The above modification of conditions of release is not ordered.

_____ 10/29/12
Signature of Judicial Officer    Date