IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO. 4:11cr00209-22 JMM

DONNIE MITCHELL
USMS #26545-009

AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on March 6, 2013 (DE #774), is amended to indicate the correct United States Marshal Number as 26545-009.

Special Condition One of supervised release is also amended to indicate the cost of the electronic home monitor will be paid by the defendant's family, as stated on record.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

II