**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                  **CASE NO.  4:11CR00209-37  JMM**

**CHAD WIGGINS**


**ORDER**

Pending is the Government's motion to dismiss the indictment as to Defendant Chad

Wiggins.  (Docket #917).  The motion is GRANTED.  Count One, as to Chad Wiggins only,

Count Eighty-Nine, and Count Ninety of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.


James M. Moody
United States District Judge