IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                     CASE NO. 4:11CR00209-5 JMM

JOSEPH BLUNDELL

## ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Joseph Blundell. (Docket #914). The motion is GRANTED. Count One, as to Joseph Blundell only, Count Twenty-Six, and Count Twenty-Seven of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge