IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                    CASE NO.  4:11CR00209-31  JMM

ERNIE SMITH, a/k/a Old School,
a/k/a Smitty

## ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Ernie Smith.  (Docket #916).  The motion is GRANTED.  Count One, as to Ernie Smith only, Count Seventy-Seven, and Count Seventy-Eight of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

_____
James M. Moody
United States District Judge