IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                CASE NO.  4:11CR00209-30  JMM

ED SIMS

## ORDER

Pending is the Government's motion to dismiss the indictment as to Defendant Ed Sims. (Docket #922).  The motion is GRANTED.  Count One, as to Ed Sims only, Count Seventy-Five, and Count Seventy-Six of the Indictment are hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of January, 2014.

_____
James M. Moody
United States District Judge